ACCEPTED
06-14-00062-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/21/2015 5:13:48 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00062-CV

| | | |
|---|---|---|
| KRSTA LYNN GARDNER, | § | IN THE SIXTH COURT OF |
| INDEPENDENT EXECUTRIX OF | § | |
| THE ESTATE OF LARRY RAY | § | |
| TINER, | § | |
|   Appellant, | § | APPEALS IN AND FOR |
| | § | |
| V. | § | |
| | § | |
| PENNY HEDDIN TINER | § | THE STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/21/2015 5:13:48 PM
DEBBIE AUTREY
Clerk

### *MOTION TO EXTEND TIME TO FILE APPELLEE BRIEF*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PENNY HEDDIN TINER, by and through her attorney, Wm. Brandon Baade, and makes this MOTION TO EXTEND TIME APPELLEE BRIEF:

1. The deadline for filing the Appellee's Brief is January 21, 2015.

2. Appellee seeks and extension of seven (7) days until January 28, 2015 to file Appellee's Brief.

3. Facts relied on to reasonably explain the need for an extension:

   Counsel for Appellee has been sick with the flu since Friday, January 16, 2015, and has not been working.  As of today, January 21, 2015 I am not back at work.

   Therefore, I am unable to complete and file the brief by the current due date.

4. Appellee has been granted one (1) extensions of time.


WHEREFORE, Penny Heddin Tiner, by her attorney, Wm. Brandon Baade, requests the court extend time to file Appellee's Brief in this case.

RESPECTFULLY SUBMITTED,

Wm. Brandon Baade
522 N Broadway Ave
Tyler, TX 75702
Tel: (903) 526-5867
brandonbaadelaw@gmail.com

_____

Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellee

CERTIFICATE OF CONFERENCE

I certify that I attempted to contact Lawrence Beason, Attorney for Appellant, in this case at the phone number listed on the Appellant's brief and the number was not in service.

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPELEE'S BRIEF was served on all counsel of record by U.S. Mail on January 21, 2015.

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant